1  JAN I. GOLDSMITH, City Attorney
   ANDREW JONES, Assistant City Attorney
2  DONALD F. SHANAHAN, Chief Deputy City Attorney
   California State Bar No. 49777
3       Office of the City Attorney
        1200 Third Avenue, Suite 1100
4       San Diego, California 92101-4100
        Telephone:  (619) 533-5800
5       Facsimile:  (619) 533-5856

6  Attorneys for Defendants
   City of San Diego, Michael R. Serrano and Ja'Rodd Jones

7

**FILED**

**09 MAR 17 PM 3: 31**

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____  DEPUTY

8                  UNITED STATES DISTRICT COURT

9                SOUTHERN DISTRICT OF CALIFORNIA

**ORIGINAL**

10  B.D. HOWARD III,                    ) CIVIL CASE NO.
                                        )
11          Plaintiff,                  ) **'09 CV 0532 LAB      WMc**
                                        ) **NOTICE OF REMOVAL OF CIVIL**
12      v.                              ) **ACTION**
                                        )
13  STATE OF CALIFORNIA, BY AND         ) **[28 U.S.C. § 1446]**
    THROUGH THE CALIFORNIA HIGHWAY      )
14  PATROL; THE CITY OF SAN DIEGO, BY   ) (San Diego Superior Court Case No:
    AND THROUGH THE SAN DIEGO POLICE    ) 37-2008-00099314-CU-NP-CTL)
15  DEPARTMENT; SAN DIEGO POLICE        )
    DEPARTMENT OFFICER J. JONES, BADGE  )
16  NO. 6081; SAN DIEGO POLICE          )
    DEPARTMENT OFFICER M. SERRANO,      )
17  BADGE NO. 6186; CALIFORNIA HIGHWAY  )
    PATROL OFFICER E.D. COLUNGA, BADGE  )
18  NO. 015664; CALIFORNIA PATROL       )
    OFFICER METINIC, BADGE NO. 013425 and )
19  DOES 1 through 10, inclusive,       )
                                        )
20          Defendants.                 )
                                        )
21  ────────────────────────────────────)

22      TO:   PLAINTIFF AND HIS ATTORNEY OF RECORD:

23      PLEASE TAKE NOTICE that Defendants, City of San Diego, Michael R. Serrano and

24  Ja'Rodd Jones, in the above-entitled action, have removed the action to the United States District

25  Court for the Southern District of California.

26              **STATEMENT OF GROUNDS FOR REMOVAL**

27      Plaintiff alleges that a police officer of Defendant City of San Diego used excessive force

28  on Plaintiff in violation of his rights under state and federal law.

                                1

                                                              CASE NO.

CR

1   The Seventh and Eighth Causes of Action in the Complaint allege that the actions of the

2 City and its police officers deprived Plaintiff of his federal constitutional rights and that his

3 action is brought under 42 U.S.C. section 1983.

4   This Court has original jurisdiction of the action pursuant to the provisions of 28 U.S.C.

5 section 1331, and the action may therefore be removed to this Court by Defendant City of San

6 Diego pursuant to the provisions of 28 U.S.C. sections 1441(b) and (c).

7   Copies of all process and pleadings served on Defendant City of San Diego in the above-

8 entitled action are attached hereto. This Notice of Removal is filed with this Court within thirty

9 days after Defendant City of San Diego was served with the Complaint filed in San Diego

10 Superior Court.

11   Dated:  March 17, 2009    JAN I. GOLDSMITH, City Attorney

13           By _Donald F. Shanahan_

14             Donald F. Shanahan
              Chief Deputy City Attorney

15           Attorneys for Defendants
            City of San Diego, Michael R. Serrano and

16           Ja'Rodd Jones

2

**SUM-100**

# SUMMONS
## RECEIVED *(CITACION JUDICIAL)*

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

RECEIVED

09 FEB 26 PM 3: 16

INTERNAL AFFAIRS

FILED
CIVIL BUSINESS OFFICE 13
CENTRAL DIVISION

2008 DEC 31 P 3: 41

CLERK SUPERIOR COURT
SAN DIEGO COUNTY, CA

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
State of California, by and through the California Highway Patrol;
Additional Parties Attachment form is attached.

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
B.D. Howard III

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff.   A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case.  There may be a court form that you can use for  your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you.   If you cannot pay the filing fee, ask the court clerk for a fee waiver form.   If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.
   There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

   *Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante.  Una carta o una llamada telefónica no lo protegen.  Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta.   Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas.  Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.
   Hay otros requisitos legales.  Es recomendable que llame a un abogado inmediatamente.  Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados.  Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro.  Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*
Superior Court of California, County of San Diego, Hall of Justice
330 West Broadway, San Diego, California 92101

CASE NUMBER:
*(Número del Caso):* **37-2008-00099314-CU-NP-CTL**

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
B.D. Howard III, Pro Per Plaintiff
154 21st Street, San Diego, California 92102        Tel. 619-297-2851

DATE:                                          Clerk, by _____ , Deputy
*(Fecha)*   **DEC 3 1 2008**              *(Secretario)*      A. RACELIS      *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED: You are served**
[SEAL]
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☐ on behalf of *(specify):*

   under: ☐ CCP 416.10 (corporation)              ☐ CCP 416.60 (minor)
            ☐ CCP 416.20 (defunct corporation)       ☐ CCP 416.70 (conservatee)
            ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
            ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
American LegalNet, Inc. | www.USCourtForms.com

SUM-200(A)

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| B.D. Howard v. State of California, et al. | |

## INSTRUCTIONS FOR USE

➤ This form may be used as an attachment to any summons if space does not permit the listing of all parties on the summons.

➤ If this attachment is used, insert the following statement in the plaintiff or defendant box on the summons: "Additional Parties Attachment form is attached."

List additional parties *(Check only one box. Use a separate page for each type of party.):*

☐ Plaintiff    ☑ Defendant    ☐ Cross-Complainant    ☐ Cross-Defendant

The City of San Diego, by and through the San Diego Police Department; San Diego Police Department Officer J. Jones, Badge No. 6081; San Diego Police Department Officer M. Serrano, Badge No. 6186; California Highway Patrol Officer E. D. Colunga, Badge No. 015664; California Patrol Officer Mentinic, Badge No. 013425 and Does 1 through 10, inclusive.

Page ___2___ of ___2___

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-200(A) [Rev. January 1, 2007]

**ADDITIONAL PARTIES ATTACHMENT**
**Attachment to Summons**

American LegalNet, Inc.
www.FormsWorkflow.com

PLD-PI-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| B.D. Howard III<br>154 21st Street, San Diego, CA 92102<br><br>TELEPHONE NO: 619-297-2851    FAX NO. *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: Pro Per Plaintiff | FILED<br>CIVIL BUSINESS OFFICE 1.3<br>CENTRAL DIVISION<br><br>2008 DEC 31 P 3: 41<br><br>CLERK SUPERIOR COURT<br>SAN DIEGO COUNTY, CA |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
STREET ADDRESS: 330 West Broadway, San Diego, CA 92101
MAILING ADDRESS:
CITY AND ZIP CODE:
BRANCH NAME: Hall of Justice

PLAINTIFF: B.D. Howard III

DEFENDANT: State of California, by and through the California
Highway Patrol; see additional parties attachment at
[✓] DOES 1 TO 10 inclus. page 4 of this complaint

| COMPLAINT—Personal Injury, Property Damage, Wrongful Death | CASE NUMBER: |
|---|---|
| [ ] AMENDED *(Number)*:<br>Type *(check all that apply)*:<br>[ ] MOTOR VEHICLE  [✓] OTHER *(specify)*:<br>  [ ] Property Damage  [ ] Wrongful Death<br>  [✓] Personal Injury  [✓] Other Damages *(specify)*: see p. 3, para 10 | |
| **Jurisdiction** *(check all that apply)*:<br>[ ] ACTION IS A LIMITED CIVIL CASE<br>  Amount demanded  [ ] does not exceed $10,000<br>            [ ] exceeds $10,000, but does not exceed $25,000<br>[✓] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)<br>[ ] ACTION IS RECLASSIFIED by this amended complaint<br>  [ ] from limited to unlimited<br>  [ ] from limited to limited | 37-2008-00099314-CU-NP-CTL |

1. **Plaintiff** *(name or names)*: B.D. Howard III

   alleges causes of action against **defendant** *(name or names)*:
   State of California, by and through the California Highway Patrol; see additonal parties attachment at page 4

2. This pleading, including attachments and exhibits, consists of the following number of pages:

3. Each plaintiff named above is a competent adult
   a. [ ] **except plaintiff** *(name)*:
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity *(describe)*:
      (3) [ ] a public entity *(describe)*:
      (4) [ ] a minor  [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other *(specify)*:
      (5) [ ] other *(specify)*:
   b. [ ] **except plaintiff** *(name)*:
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity *(describe)*:
      (3) [ ] a public entity *(describe)*:
      (4) [ ] a minor  [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other *(specify)*:
      (5) [ ] other *(specify)*:

[ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 23

PLD-PI-001

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| B.D. Howard v. State of California, et al. | |

4. ☐ Plaintiff *(name):*

  is doing business under the fictitious name *(specify):*

  and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person

  a. ☑ **except** defendant *(name):*
  (1) ☐ a business organization, form unknown
  (2) ☐ a corporation
  (3) ☐ an unincorporated entity *(describe):*

  (4) ☑ a public entity *(describe):*

  (5) ☑ other *(specify):*

  c. ☑ **except** defendant *(name):*
  (1) ☑ a business organization, form unknown
  (2) ☑ a corporation
  (3) ☑ an unincorporated entity *(describe):*

  (4) ☐ a public entity *(describe):*

  (5) ☑ other *(specify):*

  b. ☑ **except** defendant *(name):*
  (1) ☐ a business organization, form unknown
  (2) ☐ a corporation
  (3) ☐ an unincorporated entity *(describe):*

  (4) ☑ a public entity *(describe):*

  (5) ☐ other *(specify):*

  d. ☐ **except** defendant *(name):*
  (1) ☐ a business organization, form unknown
  (2) ☐ a corporation
  (3) ☐ an unincorporated entity *(describe):*

  (4) ☑ a public entity *(describe):*

  (5) ☐ other *(specify):*

  ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
  a. ☑ Doe defendants *(specify Doe numbers):* 1-10, inclusive  were the agents or employees of other named defendants and acted within the scope of that agency or employment.
  b. ☑ Doe defendants *(specify Doe numbers):* 1-10, inclusive  are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names):*

8. This court is the proper court because
  a. ☑ at least one defendant now resides in its jurisdictional area.
  b. ☑ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
  c. ☑ injury to person or damage to personal property occurred in its jurisdictional area.
  d. ☑ other *(specify):*

9. ☑ Plaintiff is required to comply with a claims statute, **and**
  a. ☑ has complied with applicable claims statutes, **or**
  b. ☐ is excused from complying because *(specify):*

*Page 2 of 23*

PLD-PI-001

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| B.D. Howard v. State of California, et al. | |

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached)*:
    a. ☐ Motor Vehicle
    b. ☑ General Negligence
    c. ☑ Intentional Tort
    d. ☐ Products Liability
    e. ☐ Premises Liability
    f. ☑ Other *(specify):*

11. Plaintiff has suffered
    a. ☑ wage loss
    b. ☑ loss of use of property
    c. ☑ hospital and medical expenses
    d. ☑ general damage
    e. ☑ property damage
    f. ☑ loss of earning capacity
    g. ☑ other damage *(specify):*

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
    a. ☐ listed in Attachment 12.
    b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
    a. (1) ☑ compensatory damages
       (2) ☑ punitive damages
    The amount of damages is *(in cases for personal injury or wrongful death, you must check (1)):*
       (1) ☑ according to proof
       (2) ☐ in the amount of: $

15. ☐ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers):*

Date: 12/31/08

B.D. Howard III
       (TYPE OR PRINT NAME)        ▶      (SIGNATURE OF PLAINTIFF OR ATTORNEY)

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

**PLD-PI-001(2)**

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| B.D. Howard v. State of California, et al. | |

## CAUSE OF ACTION—General Negligence

_____ Page _____
(number)

ATTACHMENT TO   [✓] Complaint   [ ] Cross - Complaint

_(Use a separate cause of action form for each cause of action.)_

GN-1. Plaintiff _(name):_  B.D. Howard III

alleges that defendant _(name):_  State of California, by and through the California Highway Patrol

[✓] Does  1_____  to  10 inclusive_____

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff

on _(date):_ November 18, 2007

at _(place):_ 154 21st Street, San Diego, CA 92102 and 305 19th Street, San Diego, CA 92102

_(description of reasons for liability):_

At all relevant times, all of the named and doe defendants are and were agents, employees, representatives and officers of the other.  At all relevant times, each of the named and doe defendants assisted, helped, cooperated and otherwise committed acts which furthered the negligent, wrongful, malicious and intentionally oppressive identification, detention, arrest, jailing and prosecution of the plaintiff at a time when each such defendant knew or should have known that there was no legal or factual cause, reason or excuse to so identify, detain, arrest, jail and prosecute the plaintiff starting on or about November 18, 2007 and ending on or about November 13, 2008.  During the same period in question, all of the named and doe defendants negligently, wrongfully, maliciously and in an intentionally oppressive manner did agree and otherwise coordinate with one another to use official written police reports and other police communication methods and devices to negligently, wrongfully, maliciously and in an intentionally oppressive manner cause the plaintiff to be identified, detained, arrested, jailed and prosecuted as a person who had committed crimes such as: driving under the influence of alcohol or drugs or both and fleeing from the scene of an accident.

Page 4 of 23
Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev. January 1, 2007]

**CAUSE OF ACTION—General Negligence**

Code of Civil Procedure 425.12
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

PLD-PI-001(3)

| SHORT TITLE: | CASE NUMBER |
|---|---|
| B.D. Howard v. State of California, et al. | |

_____ **CAUSE OF ACTION—Intentional Tort** **Page** _____
(number)

ATTACHMENT TO ☑ Complaint ☐ Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

IT-1. Plaintiff *(name)*: B.D. Howard III

alleges that defendant *(name)*: State of California, by and through the California Highway Patrol

☑ Does 1_____ to 10, inclusive_____

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant intentionally caused the damage to plaintiff
on *(date)* November 18, 2007
at *(place)* 154 21st Street, San Diego, CA 92102 and 305 19th Street, San Diego, CA 92102

*(description of reasons for liability)*:

During the same time period set forth in the paragraph above, all of the named and doe defendants negligently, wrongfully, maliciously and in an intentionally oppressive manner did agree to and otherwise coordinate with one another to use official written police reports and other police communication methods and devices to negligently, wrongfully, maliciously and in an intentionally oppressive manner alter, manipulate, misrepresent and otherwise lie about statements made by witnesses in order to misidentify and wrongfully detain, arrest, jail and prosecute the plaintiff as a person who had committed crimes such as: driving under the influence of alcohol or drugs or both and fleeing from the scene of an accident. Subject to and according to proof, one such witness about whose statements the named and doe defendants did negligently, wrongfully, maliciously and in an intentionally oppressive manner cause to be altered, manipulated, misrepresented and otherwise lie about was a person by the name of Barbara Wood who, on or about November 18, 2007 made statements concerning a solo car accident that occurred on November 18, 2007 close to her home. In general, said witness gave identifying information concerning a person who was associated with the subject solo car accident that was exculpatory to the plaintiff. However, the named and doe defendants lied and otherwise negligently, wrongfully, maliciously and in an intentionally oppressive manner did alter, manipulate and misrepresent the statements of Barbara Wood such that said conduct proximately caused the plaintiff to be identified, detained, arrested, jailed and prosecuted as a person who had committed crimes such as: driving under the influence of alcohol or drugs or both and fleeing from the scene of an accident.

*page 5 of 23*

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(3) [Rev. January 1, 2007]

**CAUSE OF ACTION–Intentional Tort**

Code of Civil Procedure, § 425 12
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

## **INTRODUCTION**

The parties in this case are B.D. Howard III, who is the plaintiff. The defendants are: the State of California, by and through the California Highway Patrol; The City of San Diego, by and through the San Diego Police Department; San Diego Police Department Officer J. Jones, Badge No. 6081; San Diego Police Department Officer M. Serrano, Badge No. 6186; California Highway Patrol Officer E. D. Colunga, Badge No. 015664; California Patrol Officer Mentinic, Badge No. 013425 and Does 1 through 10, inclusive.

At all relevant times, all of the named and doe defendants are and were agents, employees, representatives and officers of the other. At all relevant times, each of the named and doe defendants assisted, helped, cooperated and otherwise committed acts which furthered the negligent, wrongful, malicious and intentionally oppressive identification, detention, arrest, jailing and prosecution of the plaintiff at a time when each such defendant knew or should have known that there was no legal or factual cause, reason or excuse to so identify, detain, arrest, jail and prosecute the plaintiff starting on or about November 18, 2007 and ending on or about November 13, 2008. During the same period in question, all of the named and doe defendants negligently, wrongfully, maliciously and in an intentionally oppressive manner did agree and otherwise coordinate with one another to use official written police reports and other police communication methods and devices to negligently, wrongfully, maliciously and in an intentionally oppressive manner cause the plaintiff to be identified, detained, arrested, jailed and prosecuted as a person who had committed crimes such as: driving under the influence of alcohol or drugs or both and fleeing from the scene of an accident.

During the same time period set forth in the paragraph above, all of the named and doe defendants negligently, wrongfully, maliciously and in an intentionally oppressive manner did agree to and otherwise coordinate with one another to use official written police reports and other police communication methods and devices to negligently, wrongfully, maliciously and in an intentionally oppressive manner alter, manipulate, misrepresent and otherwise lie about statements made by witnesses in order to misidentify and wrongfully detain, arrest, jail and prosecute the plaintiff as a person who had committed crimes such as: driving under the influence of alcohol or drugs or both and fleeing from the scene of an accident. Subject to and according to proof, one such witness about whose statements the named and doe defendants did negligently, wrongfully, maliciously and in an intentionally oppressive manner cause to be altered, manipulated, misrepresented and otherwise lie about was a person by the name of Barbara Wood who, on or about November 18, 2007 made statements concerning a solo car accident that occurred on November 18, 2007 close to her home. In general, said witness gave identifying information concerning a person who was associated with the subject solo car accident that was exculpatory to the plaintiff. However, the named and doe defendants lied and otherwise negligently, wrongfully, maliciously and in an intentionally oppressive manner did alter, manipulate and misrepresent the statements of Barbara Wood such that said conduct proximately caused the plaintiff to be identified, detained, arrested, jailed and prosecuted as a person who had committed crimes such as:

driving under the influence of alcohol or drugs or both and fleeing from the scene of an accident.

During the same time period set forth in the paragraph above, that is between approximately November 18, 2007 and November 13, 2008, all of the named and doe defendants negligently, wrongfully, maliciously and in an intentionally oppressive manner failed to supervise and train each other in the fundamental and lawful of use of force, in particular, the concepts of individuals being free from illegal/unlawful force.

At all times herein mentioned, al the named and doe defendants, and each of them, acting under color of law and under color of statutes, regulations, customs and usages of the State of California, State and City, and pursuant to the official policies of defendant public entity as created by State and City, and acting under color of their authority as such, negligently failed to instruct, supervise, control and discipline on a continuing basis the named and doe defendants herein in their duties to refrain from among other things:

A.  Unlawfully and maliciously harassing citizens who are acting in accordance with their constitutional and statutory rights, privileges and immunities;

B.  Unlawfully and maliciously detaining, seizing, assaulting and battering citizens who are acting in accordance with their constitutional and statutory rights, privileges and immunities

C.  And otherwise depriving Plaintiff of her constitutional and statutory rights, privileges and immunities.

D.  The foregoing acts, omissions and systematic failures are customs and policies of Defendant STATE and CITY, and caused the remaining Defendants, and each of them, to believe that they could routinely engage in excessive force on the general public and arrestees.

The conduct herein stated proximately caused the plaintiff to be identified, detained, arrested, jailed and prosecuted as a person who had committed crimes such as: driving under the influence of alcohol or drugs or both and fleeing from the scene of an accident.

page 7 of 23

B.D. Howard v. State of California, et al.          Case number:

_____ CAUSE OF ACTION--------False Imprisonment   Page_____

**Attachment to complaint**

(Use a separate cause of action form for each cause of action.)

Plaintiff (name):  B.D. Howard

alleges that defendant (name):  State of California, by and through the California Highway Patrol.

Does 1 to 10 inclusive.

Was legal (proximate) cause of damages to plaintiff.  By the following acts or omissions to act, defendant falsely imprisoned causing damage to plaintiff

on (date):  November 18, 2007

at (place):  154 21st Street, San Diego, CA 92102 and 305 19th Street, San Diego, CA 92102

(description of reasons for liability):

During the same time period set forth in the paragraph above, that is between approximately November 18, 2007 and November 13, 2008, all of the named and doe defendants negligently, wrongfully, maliciously and in an intentionally oppressive manner failed to supervise and train each other in the fundamental and lawful of use of force, in particular, the concepts of individuals being free from illegal/unlawful force.

At all times herein mentioned, al the named and doe defendants, and each of them, acting under color of law and under color of statutes, regulations, customs and usages of the State of California, State and City, and pursuant to the official policies of defendant public entity as created by State and City, and acting under color of their authority as such, negligently failed to instruct, supervise, control and discipline on a

continuing basis the named and doe defendants herein in their duties to refrain from among other things:

    A.  Unlawfully and maliciously detaining, seizing, assaulting and battering citizens who are acting in accordance with their constitutional and statutory rights, privileges and immunities

    B.  And otherwise depriving Plaintiff of her constitutional and statutory rights, privileges and immunities.

The conduct herein stated proximately caused the plaintiff to be identified, detained, arrested, jailed and prosecuted as a person who had committed crimes such as: driving under the influence of alcohol or drugs or both and fleeing from the scene of an accident.

page 9 of 13

B.D. Howard v. State of California, et al.          Case number:

_____ CAUSE OF ACTION--------Battery   Page_____

**Attachment to complaint**

(Use a separate cause of action form for each cause of action.)

Plaintiff (name):  B.D. Howard

alleges that defendant (name):  State of California, by and through the California Highway Patrol.

Does 1 to 10 inclusive.

Was legal (proximate) cause of damages to plaintiff.  By the following acts or omissions to act, defendant battered plaintiff causing damage to plaintiff

on (date):  November 18, 2007

at (place):  154 21st Street, San Diego, CA 92102 and 305 19th Street, San Diego, CA 92102

(description of reasons for liability):

During the same time period set forth in the paragraph above, that is between approximately November 18, 2007 and November 13, 2008, all of the named and doe defendants negligently, wrongfully, maliciously and in an intentionally oppressive manner failed to supervise and train each other in the fundamental and lawful of use of force, in particular, the concepts of individuals being free from illegal/unlawful force.

At all times herein mentioned, al the named and doe defendants, and each of them, acting under color of law and under color of statutes, regulations, customs and usages of the State of California, State and City, and pursuant to the official policies of defendant public entity as created by State and City, and acting under color of their authority as such, negligently failed to instruct, supervise, control and discipline on a continuing basis the named and doe defendants herein in their duties to refrain from among other things:

A. Unlawfully and maliciously detaining, seizing, assaulting and battering citizens who are acting in accordance with their constitutional and statutory rights, privileges and immunities

B. And otherwise depriving Plaintiff of her constitutional and statutory rights, privileges and immunities.

C. The foregoing acts, omissions and systematic failures are customs and policies of Defendant STATE and CITY, and caused the remaining Defendants, and each of them, to believe that they could routinely engage in excessive force on the general public and arrestees.

The conduct herein stated proximately caused the plaintiff to be identified, detained, arrested, jailed and prosecuted as a person who had committed crimes such as: driving under the influence of alcohol or drugs or both and fleeing from the scene of an accident.

*page 11 of 23*

B.D. Howard v. State of California, et al.          Case number:

_____ CAUSE OF ACTION--------Assault  Page_____

**Attachment to complaint**

(Use a separate cause of action form for each cause of action.)

Plaintiff (name):  B.D. Howard

alleges that defendant (name):  State of California, by and through the California
Highway Patrol.

Does 1 to 10 inclusive.

Was legal (proximate) cause of damages to plaintiff.  By the following acts or omissions
to act, defendant assaulted plaintiff causing damage to plaintiff

on (date):  November 18, 2007

at (place):  154 21st Street, San Diego, CA 92102 and 305 19th Street, San Diego, CA
92102

(description of reasons for liability):

During the same time period set forth in the paragraph above, that is between
approximately November 18, 2007 and November 13, 2008, all of the named and doe
defendants negligently, wrongfully, maliciously and in an intentionally oppressive
manner failed to supervise and train each other in the fundamental and lawful of use of
force, in particular, the concepts of individuals being free from illegal/unlawful force.

At all times herein mentioned, al the named and doe defendants, and each of
them, acting under color of law and under color of statutes, regulations, customs and
usages of the State of California, State and City, and pursuant to the official policies of
defendant public entity as created by State and City, and acting under color of their
authority as such, negligently failed to instruct, supervise, control and discipline on a
continuing basis the named and doe defendants herein in their duties to refrain from
among other things:

page 12 of 23

A. Unlawfully and maliciously detaining, seizing, assaulting and battering citizens who are acting in accordance with their constitutional and statutory rights, privileges and immunities

B. And otherwise depriving Plaintiff of her constitutional and statutory rights, privileges and immunities.

C. The foregoing acts, omissions and systematic failures are customs and policies of Defendant STATE and CITY, and caused the remaining Defendants, and each of them, to believe that they could routinely engage in excessive force on the general public and arrestees.

The conduct herein stated proximately caused the plaintiff to be identified, detained, arrested, jailed and prosecuted as a person who had committed crimes such as: driving under the influence of alcohol or drugs or both and fleeing from the scene of an accident.

page 13 of 23

B.D. Howard v. State of California, et al.          Case number:

_____CAUSE OF ACTION—Intentional Infliction of Emtional Distress

Page_____

**Attachment to complaint**

(Use a separate cause of action form for each cause of action.)

Plaintiff (name):  B.D. Howard

alleges that defendant (name):  State of California, by and through the California Highway Patrol.

Does 1 to 10 inclusive.

Was legal (proximate) cause of damages to plaintiff.  By the following acts or omissions to act, defendant intentionally caused emotional distress causing damage to plaintiff

on (date):  November 18, 2007

at (place):  154 21st Street, San Diego, CA 92102 and 305 19th Street, San Diego, CA 92102

(description of reasons for liability):

During the same time period set forth in the paragraph above, that is between approximately November 18, 2007 and November 13, 2008, all of the named and doe defendants negligently, wrongfully, maliciously and in an intentionally oppressive manner failed to supervise and train each other in the fundamental and lawful of use of force, in particular, the concepts of individuals being free from illegal/unlawful force.

At all times herein mentioned, al the named and doe defendants, and each of them, acting under color of law and under color of statutes, regulations, customs and usages of the State of California, State and City, and pursuant to the official policies of defendant public entity as created by State and City, and acting under color of their authority as such, negligently failed to instruct, supervise, control and discipline on a

page 14 of 23

continuing basis the named and doe defendants herein in their duties to refrain from among other things:

D. Unlawfully and maliciously detaining, seizing, assaulting and battering citizens who are acting in accordance with their constitutional and statutory rights, privileges and immunities

E. And otherwise depriving Plaintiff of her constitutional and statutory rights, privileges and immunities.

F. The foregoing acts, omissions and systematic failures are customs and policies of Defendant STATE and CITY, and caused the remaining Defendants, and each of them, to believe that they could routinely engage in excessive force on the general public and arrestees.

The conduct herein stated proximately caused the plaintiff to be identified, detained, arrested, jailed and prosecuted as a person who had committed crimes such as: driving under the influence of alcohol or drugs or both and fleeing from the scene of an accident.

B.D. Howard v. State of California, et al.          Case number:


_____ CAUSE OF ACTION-------- Violation of Civil Rights (42 U.S.C.
Section 1983)                                          Page_____


**Attachment to complaint**

(Use a separate cause of action form for each cause of action.)


Plaintiff (name): B.D. Howard


alleges that defendant (name): State of California, by and through the California
Highway Patrol.


Does 1 to 10 inclusive.


Was legal (proximate) cause of damages to plaintiff. By the following acts or omissions
to act, defendant violated plaintiff's civil rights causing damage to plaintiff

on (date): November 18, 2007

at (place): 154 21st Street, San Diego, CA 92102 and 305 19th Street, San Diego, CA
92102

(description of reasons for liability):

During the same time period set forth in the paragraph above, that is between
approximately November 18, 2007 and November 13, 2008, all of the named and doe
defendants negligently, wrongfully, maliciously and in an intentionally oppressive
manner failed to supervise and train each other in the fundamental and lawful of use of
force, in particular, the concepts of individuals being free from illegal/unlawful force.

At all times herein mentioned, al the named and doe defendants, and each of
them, acting under color of law and under color of statutes, regulations, customs and
usages of the State of California, State and City, and pursuant to the official policies of
defendant public entity as created by State and City, and acting under color of their
authority as such, negligently failed to instruct, supervise, control and discipline on a
continuing basis the named and doe defendants herein in their duties to refrain from
among other things:

page 16 of 23

A. Unlawfully and maliciously detaining, seizing, assaulting and battering citizens who are acting in accordance with their constitutional and statutory rights, privileges and immunities

B. And otherwise depriving Plaintiff of her constitutional and statutory rights, privileges and immunities.

C. The foregoing acts, omissions and systematic failures are customs and policies of Defendant STATE and CITY, and caused the remaining Defendants, and each of them, to believe that they could routinely engage in excessive force on the general public and arrestees.

The conduct herein stated proximately caused the plaintiff to be identified, detained, arrested, jailed and prosecuted as a person who had committed crimes such as: driving under the influence of alcohol or drugs or both and fleeing from the scene of an accident.

B.D. Howard v. State of California, et al.          Case number:

_____ CAUSE OF ACTION-------   **Conspiracy to Violate Civil Rights**
                                                                    **Page_____**

**Attachment to complaint**

(Use a separate cause of action form for each cause of action.)

Plaintiff (name):  B.D. Howard

alleges that defendant (name):  State of California, by and through the California
Highway Patrol.

Does 1 to 10 inclusive.

Was legal (proximate) cause of damages to plaintiff.  By the following acts or omissions
to act, defendant conspired to violated plaintiff's civil rights causing damage to plaintiff

on (date):  November 18, 2007

at (place):  154 21st Street, San Diego, CA 92102 and 305 19th Street, San Diego, CA
92102

(description of reasons for liability):

During the same time period set forth in the paragraph above, all of the named and doe
defendants negligently, wrongfully, maliciously and in an intentionally oppressive
manner did agree to and otherwise coordinate with one another to use official written
police reports and other police communication methods and devices to negligently,
wrongfully, maliciously and in an intentionally oppressive manner alter, manipulate,
misrepresent and otherwise lie about statements made by witnesses in order to
misidentify and wrongfully detain, arrest, jail and prosecute the plaintiff as a person who
had committed crimes such as: driving under the influence of alcohol or drugs or both
and fleeing from the scene of an accident.  Subject to and according to proof, one such
witness about whose statements the named and doe defendants did negligently,
wrongfully, maliciously and in an intentionally oppressive manner cause to be altered,
manipulated, misrepresented and otherwise lie about was a person by the name of
Barbara Wood who, on or about November 18, 2007 made statements concerning a solo

*page 18 of 23*

car accident that occurred on November 18, 2007 close to her home. In general, said witness gave identifying information concerning a person who was associated with the subject solo car accident that was exculpatory to the plaintiff. However, the named and doe defendants lied and otherwise negligently, wrongfully, maliciously and in an intentionally oppressive manner did alter, manipulate and misrepresent the statements of Barbara Wood such that said conduct proximately caused the plaintiff to be identified, detained, arrested, jailed and prosecuted as a person who had committed crimes such as: driving under the influence of alcohol or drugs or both and fleeing from the scene of an accident.

During the same time period set forth in the paragraph above, that is between approximately November 18, 2007 and November 13, 2008, all of the named and doe defendants negligently, wrongfully, maliciously and in an intentionally oppressive manner failed to supervise and train each other in the fundamental and lawful of use of force, in particular, the concepts of individuals being free from illegal/unlawful force.

At all times herein mentioned, al the named and doe defendants, and each of them, acting under color of law and under color of statutes, regulations, customs and usages of the State of California, State and City, and pursuant to the official policies of defendant public entity as created by State and City, and acting under color of their authority as such, negligently failed to instruct, supervise, control and discipline on a continuing basis the named and doe defendants herein in their duties to refrain from among other things:

D. Unlawfully and maliciously detaining, seizing, assaulting and battering citizens who are acting in accordance with their constitutional and statutory rights, privileges and immunities

E. And otherwise depriving Plaintiff of her constitutional and statutory rights, privileges and immunities.

F. The foregoing acts, omissions and systematic failures are customs and policies of Defendant STATE and CITY, and caused the remaining Defendants, and each of them, to believe that they could routinely engage in excessive force on the general public and arrestees.

The conduct herein stated proximately caused the plaintiff to be identified, detained, arrested, jailed and prosecuted as a person who had committed crimes such as: driving under the influence of alcohol or drugs or both and fleeing from the scene of an accident.

B.D. Howard v. State of California, et al.          Case number:


_____ CAUSE OF ACTION-------- **Conspiracy to Violate the Bane Act**
                                                                Page_____


**Attachment to complaint**

(Use a separate cause of action form for each cause of action.)


Plaintiff (name):  B.D. Howard


alleges that defendant (name):  State of California, by and through the California
Highway Patrol.


Does 1 to 10 inclusive.


Was legal (proximate) cause of damages to plaintiff.  By the following acts or omissions
to act, defendant conspired to violate the Bane Act causing damage to plaintiff

on (date):  November 18, 2007

at (place):  154 21st Street, San Diego, CA 92102 and 305 19th Street, San Diego, CA
92102

(description of reasons for liability):

During the same time period set forth in the paragraph above, all of the named and doe
defendants negligently, wrongfully, maliciously and in an intentionally oppressive
manner did agree to and otherwise coordinate with one another to use official written
police reports and other police communication methods and devices to negligently,
wrongfully, maliciously and in an intentionally oppressive manner alter, manipulate,
misrepresent and otherwise lie about statements made by witnesses in order to
misidentify and wrongfully detain, arrest, jail and prosecute the plaintiff as a person of
color who had committed crimes such as: driving under the influence of alcohol or drugs
or both and fleeing from the scene of an accident.  Subject to and according to proof, one
such witness about whose statements the named and doe defendants did negligently,
wrongfully, maliciously and in an intentionally oppressive manner cause to be altered,
manipulated, misrepresented and otherwise lie about was a person by the name of
Barbara Wood who, on or about November 18, 2007 made statements concerning a solo

page 20 of 25

car accident that occurred on November 18, 2007 close to her home. In general, said witness gave identifying information concerning a person who was associated with the subject solo car accident that was exculpatory to the plaintiff. However, the named and doe defendants lied and otherwise negligently, wrongfully, maliciously and in an intentionally oppressive manner did alter, manipulate and misrepresent the statements of Barbara Wood such that said conduct proximately caused the plaintiff to be identified, detained, arrested, jailed and prosecuted as a person who had committed crimes such as: driving under the influence of alcohol or drugs or both and fleeing from the scene of an accident.

During the same time period set forth in the paragraph above, that is between approximately November 18, 2007 and November 13, 2008, all of the named and doe defendants negligently, wrongfully, maliciously and in an intentionally oppressive manner failed to supervise and train each other in the fundamental and lawful of use of force, in particular, the concepts of individuals being free from illegal/unlawful force.

At all times herein mentioned, al the named and doe defendants, and each of them, acting under color of law and under color of statutes, regulations, customs and usages of the State of California, State and City, and pursuant to the official policies of defendant public entity as created by State and City, and acting under color of their authority as such, negligently failed to instruct, supervise, control and discipline on a continuing basis the named and doe defendants herein in their duties to refrain from among other things:

G. Unlawfully and maliciously detaining, seizing, assaulting and battering citizens who are acting in accordance with their constitutional and statutory rights, privileges and immunities

H. And otherwise depriving Plaintiff of her constitutional and statutory rights, privileges and immunities.

I. The foregoing acts, omissions and systematic failures are customs and policies of Defendant STATE and CITY, and caused the remaining Defendants, and each of them, to believe that they could routinely engage in excessive force on the general public and arrestees.

The conduct herein stated proximately caused the plaintiff to be identified, detained, arrested, jailed and prosecuted as a person who had committed crimes such as: driving under the influence of alcohol or drugs or both and fleeing from the scene of an accident.

page 21 of 23

B.D. Howard v. State of California, et al.          Case number:

_____ CAUSE OF ACTION-------- **Violate the Bane Act** **Page** _____

**Attachment to complaint**

(Use a separate cause of action form for each cause of action.)

Plaintiff (name):  B.D. Howard

alleges that defendant (name):  State of California, by and through the California Highway Patrol.

Does 1 to 10 inclusive.

Was legal (proximate) cause of damages to plaintiff.  By the following acts or omissions to act, defendant violated the Bane Act causing damage to plaintiff

on (date):  November 18, 2007

at (place):  154 21st Street, San Diego, CA 92102 and 305 19th Street, San Diego, CA 92102

(description of reasons for liability):

During the same time period set forth in the paragraph above, all of the named and doe defendants negligently, wrongfully, maliciously and in an intentionally oppressive manner did agree to and otherwise coordinate with one another to use official written police reports and other police communication methods and devices to negligently, wrongfully, maliciously and in an intentionally oppressive manner alter, manipulate, misrepresent and otherwise lie about statements made by witnesses in order to misidentify and wrongfully detain, arrest, jail and prosecute the plaintiff as a person who had committed crimes such as: driving under the influence of alcohol or drugs or both and fleeing from the scene of an accident.  Subject to and according to proof, one such witness about whose statements the named and doe defendants did negligently, wrongfully, maliciously and in an intentionally oppressive manner cause to be altered, manipulated, misrepresented and otherwise lie about was a person by the name of Barbara Wood who, on or about November 18, 2007 made statements concerning a solo car accident that occurred on November 18, 2007 close to her home.  In general, said

page 22 of 2

witness gave identifying information concerning a person who was associated with the subject solo car accident that was exculpatory to the plaintiff. However, the named and doe defendants lied and otherwise negligently, wrongfully, maliciously and in an intentionally oppressive manner did alter, manipulate and misrepresent the statements of Barbara Wood such that said conduct proximately caused the plaintiff to be identified, detained, jailed, arrested, jailed and prosecuted as a person who had committed crimes such as: driving under the influence of alcohol or drugs or both and fleeing from the scene of an accident.

During the same time period set forth in the paragraph above, that is between approximately November 18, 2007 and November 13, 2008, all of the named and doe defendants negligently, wrongfully, maliciously and in an intentionally oppressive manner failed to supervise and train each other in the fundamental and lawful of use of force, in particular, the concepts of individuals being free from illegal/unlawful force.

At all times herein mentioned, al the named and doe defendants, and each of them, acting under color of law and under color of statutes, regulations, customs and usages of the State of California, State and City, and pursuant to the official policies of defendant public entity as created by State and City, and acting under color of their authority as such, negligently failed to instruct, supervise, control and discipline on a continuing basis the named and doe defendants herein in their duties to refrain from among other things:

    J.  Unlawfully and maliciously detaining, seizing, assaulting and battering citizens who are acting in accordance with their constitutional and statutory rights, privileges and immunities

    K.  And otherwise depriving Plaintiff of her constitutional and statutory rights, privileges and immunities.

    L.  The foregoing acts, omissions and systematic failures are customs and policies of Defendant STATE and CITY, and caused the remaining Defendants, and each of them, to believe that they could routinely engage in excessive force on the general public and arrestees.

The conduct herein stated proximately caused the plaintiff to be identified, detained, arrested, jailed and prosecuted as a person who had committed crimes such as: driving under the influence of alcohol or drugs or both and fleeing from the scene of an accident.

JS 44 (Rev. 11/04)

## CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

| I. (a)  PLAINTIFFS | DEFENDANTS |
|---|---|
| B.D. Howard III | City of San Diego, Michael R. Serrano and Ja'Rodd Jones |

| (b) County of Residence of First Listed Plaintiff  San Diego | County of Residence of First Listed Defendant  San Diego |
|---|---|
| (EXCEPT IN U.S. PLAINTIFF CASES) | (IN U.S. PLAINTIFF CASES ONLY) |
|  | NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED. |

FILED
09 MAR 17 PM 3: 30
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

ORIGINAL

| (c) Attorney's (Firm Name, Address, and Telephone Number) | Attorneys (If Known) |
|---|---|
| B.D. Howard III<br>154 21st Street<br>San Diego, CA 92102 | Donald F. Shanahan, Deputy City Attorney<br>Office of the City Attorney<br>1200 Third Avenue, Suite 1100<br>San Diego, CA  92101<br>(619) 533-5800 |

09 CV 0532 LAB WMc

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- [ ] 1  U.S. Government Plaintiff
- [X] 3  Federal Question (U.S. Government Not a Party)
- [ ] 2  U.S. Government Defendant
- [ ] 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| [ ] 110 Insurance<br>[ ] 120 Marine<br>[ ] 130 Miller Act<br>[ ] 140 Negotiable Instrument<br>[ ] 150 Recovery of Overpayment & Enforcement of Judgment<br>[ ] 151 Medicare Act<br>[ ] 152 Recovery of Defaulted Student Loans (Excl. Veterans)<br>[ ] 153 Recovery of Overpayment of Veteran's Benefits<br>[ ] 160 Stockholders' Suits<br>[ ] 190 Other Contract<br>[ ] 195 Contract Product Liability<br>[ ] 196 Franchise | **PERSONAL INJURY**<br>[ ] 310 Airplane<br>[ ] 315 Airplane Product Liability<br>[ ] 320 Assault, Libel & Slander<br>[ ] 330 Federal Employers' Liability<br>[ ] 340 Marine<br>[ ] 345 Marine Product Liability<br>[ ] 350 Motor Vehicle<br>[ ] 355 Motor Vehicle Product Liability<br>[ ] 360 Other Personal Injury | **PERSONAL INJURY**<br>[ ] 362 Personal Injury— Med. Malpractice<br>[ ] 365 Personal Injury— Product Liability<br>[ ] 368 Asbestos Personal Injury Product Liability<br>**PERSONAL PROPERTY**<br>[ ] 370 Other Fraud<br>[ ] 371 Truth in Lending<br>[ ] 380 Other Personal Property Damage<br>[ ] 385 Property Damage Product Liability | [ ] 610 Agriculture<br>[ ] 620 Other Food & Drug<br>[ ] 625 Drug Related Seizure of Property 21 USC 881<br>[ ] 630 Liquor Laws<br>[ ] 640 R.R. & Truck<br>[ ] 650 Airline Regs.<br>[ ] 660 Occupational Safety/Health<br>[ ] 690 Other | [ ] 422 Appeal 28 USC 158<br>[ ] 423 Withdrawal 28 USC 157<br>**PROPERTY RIGHTS**<br>[ ] 820 Copyrights<br>[ ] 830 Patent<br>[ ] 840 Trademark | [ ] 400 State Reapportionment<br>[ ] 410 Antitrust<br>[ ] 430 Banks and Banking<br>[ ] 450 Commerce<br>[ ] 460 Deportation<br>[ ] 470 Racketeer Influenced and Corrupt Organizations<br>[ ] 480 Consumer Credit<br>[ ] 490 Cable/Sat TV<br>[ ] 810 Selective Service<br>[ ] 850 Securities/Commodities/ Exchange<br>[ ] 875 Customer Challenge 12 USC 3410 |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | **LABOR** | **SOCIAL SECURITY** | |
| [ ] 210 Land Condemnation<br>[ ] 220 Foreclosure<br>[ ] 230 Rent Lease & Ejectment<br>[ ] 240 Torts to Land<br>[ ] 245 Tort Product Liability<br>[ ] 290 All Other Real Property | [ ] 441 Voting<br>[ ] 442 Employment<br>[ ] 443 Housing/ Accommodations<br>[ ] 444 Welfare<br>[ ] 445 Amer. w/Disabilities - Employment<br>[ ] 446 Amer. w/Disabilities - Other<br>[X] 440 Other Civil Rights | [ ] 510 Motions to Vacate Sentence<br>**Habeas Corpus:**<br>[ ] 530 General<br>[ ] 535 Death Penalty<br>[ ] 540 Mandamus & Other<br>[ ] 550 Civil Rights<br>[ ] 555 Prison Condition | [ ] 710 Fair Labor Standards Act<br>[ ] 720 Labor/Mgmt. Relations<br>[ ] 730 Labor/Mgmt.Reporting & Disclosure Act<br>[ ] 740 Railway Labor Act<br>[ ] 790 Other Labor Litigation<br>[ ] 791 Empl. Ret. Inc. Security Act | [ ] 861 HIA (1395ff)<br>[ ] 862 Black Lung (923)<br>[ ] 863 DIWC/DIWW (405(g))<br>[ ] 864 SSID Title XVI<br>[ ] 865 RSI (405(g))<br>**FEDERAL TAX SUITS**<br>[ ] 870 Taxes (U.S. Plaintiff or Defendant)<br>[ ] 871 IRS—Third Party 26 USC 7609 | [ ] 890 Other Statutory Actions<br>[ ] 891 Agricultural Acts<br>[ ] 892 Economic Stabilization Act<br>[ ] 893 Environmental Matters<br>[ ] 894 Energy Allocation Act<br>[ ] 895 Freedom of Information Act<br>[ ] 900 Appeal of Fee Determination Under Equal Access to Justice<br>[ ] 950 Constitutionality of State Statutes |

## V. ORIGIN (Place an "X" in One Box Only)

- [ ] 1  Original Proceeding
- [X] 2  Removed from State Court
- [ ] 3  Remanded from Appellate Court
- [ ] 4  Reinstated or Reopened
- [ ] 5  Transferred from another district (specify)
- [ ] 6  Multidistrict Litigation
- [ ] 7  Appeal to District Judge from Magistrate Judgment

| **VI. CAUSE OF ACTION** | Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):<br>42 USC section 1983<br>Brief description of cause:<br>Plaintiff alleges civil rights violations. |
|---|---|

| **VII. REQUESTED IN COMPLAINT:** | [ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 | DEMAND $ | CHECK YES only if demanded in complaint:<br>JURY DEMAND:  [ ] Yes  [X] No |
|---|---|---|---|

| **VIII. RELATED CASE(S) IF ANY** | (See instructions): | JUDGE _____ | DOCKET NUMBER _____ |
|---|---|---|---|

| DATE<br>March 17, 2007 | SIGNATURE OF ATTORNEY OF RECORD<br>Donald F. Shanahan |
|---|---|

**FOR OFFICE USE ONLY**

RECEIPT #  161120    AMOUNT  350.    APPLYING IFP ___    JUDGE ___    MAG. JUDGE ___

UP  3/17/09

American LegalNet, Inc.    www.USCourtForms.com

**UNITED STATES
DISTRICT COURT**
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

**# 161120    — SR
* * C O P Y * *
March 17. 2009
15:33:25**

**Civ Fil Non-Pris**
USAO #.: 09CV0532
Judge..: LARRY A BURNS
Amount.:                    $350.00 CK
Check#.: BC#7616142

**Total—>   $350.00**

FROM: HOWARD III. CITY OF SAN DIEGO
       CIVIL FILING